UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY VALE,
   *Plaintiff*,

v.

CITY OF NEW HAVEN,
   *Defendant*.

No. 3: 11-cv-00632 (JAM)

## JUDGMENT

This cause came on for trial before a jury and the Honorable Jeffrey A. Meyer, United States District Judge. On April 20, 2017, after deliberation, the jury returned a verdict on all counts for the City of New Haven against Kimberly Vale.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the City of New Haven against Kimberly Vale on Count 1 and Count 2. The case is closed.

Dated at Bridgeport, Connecticut, this 9th day of May, 2017.

                                            ROBIN D. TABORA, Clerk

                                            By /s/ Yelena Gutierrez
                                                  Deputy Clerk

Entered on Docket 5/9/2017